Office Mailing Address:

Albert Russo, Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
### Chapter 13 Case No. 21-18612 / MBK

Ronnie L Eagle
Brenda L Eagle

Petition Filed Date: 11/05/2021
341 Hearing Date: 12/02/2021
Confirmation Date: 04/13/2022

Case Status: Open / Confirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/25/2024 | $523.00 | 95986350 | 02/26/2024 | $523.00 | 96512270 | 03/25/2024 | $523.00 | 97001870 |
| 04/24/2024 | $523.00 | 97499990 | 05/20/2024 | $523.00 | 97934390 | 06/24/2024 | $523.00 | 98478540 |
| 07/22/2024 | $523.00 | 98930130 | 08/27/2024 | $523.00 | 99466030 | 09/23/2024 | $523.00 | 99916480 |
| 10/21/2024 | $523.00 | 10036031 | 11/25/2024 | $523.00 | 10088430 | 12/23/2024 | $523.00 | 10129882 |

**Total Receipts for the Period:  $6,276.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $19,532.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ronnie L Eagle | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Charles M. Izzo, Esq. | Attorney Fees | $2,880.00 | $2,880.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»»  SOFI | Unsecured Creditors | $82,373.34 | $6,950.84 | $75,422.50 |
| 2 | WELLS FARGO BANK,NA | Unsecured Creditors | $44,026.20 | $3,715.03 | $40,311.17 |
| 3 | WELLS FARGO BANK, NA | Unsecured Creditors | $6,084.03 | $513.39 | $5,570.64 |
| 4 | WELLS FARGO BANK, NA | Unsecured Creditors | $4,055.45 | $342.20 | $3,713.25 |
| 5 | SERVICE FINANCE CO. LLC | Unsecured Creditors | $17,566.17 | $1,482.27 | $16,083.90 |
| 6 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $14,878.03 | $1,255.44 | $13,622.59 |
| 7 | PLANET HOME LENDING LLC<br>»»  P/1778 BURLINGTON JACKSONVILLE RD/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-18612 / MBK**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,532.00 | Plan Balance: | $10,983.00 ** |
| Paid to Claims: | $17,139.17 | Current Monthly Payment: | $523.00 |
| Paid to Trustee: | $1,435.75 | Arrearages: | ($523.00) |
| Funds on Hand: | $957.08 | Total Plan Base: | $30,515.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE***!  Register today at www.ndc.org or**
**scan this code to get started.**



 **\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**